NELLIE SELDERBECK, Respondent, v. HARTFORD FIRE INSURANCE COMPANY, Appellant. WILLIAM PANTAZES and GEORGE GOROS, Respondents, v. HARTFORD FIRE INSURANCE COMPANY, Appellant.— Consolidated actions (1) by a conditional vendor to recover her insurable interest, and (2) by the named assureds in a policy of fire insurance to reform the policy to conform to the true agreement and to recover thereon. Judgment was rendered in favor of plaintiffs in both actions after trial by the court without a jury. Judgment modified by adding thereto a decretal paragraph directing that the policy be reformed to conform to the true agreement made by the parties. As thus modified, the judgment is unanimously affirmed, with costs to respondents. A conclusion of law will be made to the same effect as the decretal paragraph directed to be added to the judgment. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ. Settle order on notice.

BETTY SILVERMAN, Appellant, v. JOE SILVERMAN, Respondent.— Plaintiff appeals from an order denying her motion to modify the final decree of separation entered in her favor on June 26, 1934, so that the amount awarded to plaintiff for the support and maintenance of the infant daughter of the parties be increased from eight dollars a week to twenty-five dollars a week. Order reversed on the law and the facts, with ten dollars costs and disbursements, and the matter remitted to Special Term to take proof as to defendant's present financial circumstances. At the time the decree was entered defendant's earnings were twenty dollars a week. He admits they are now thirty dollars a week and plaintiff alleges that they are in excess of that amount. The motion cannot be decided until defendant's earnings are determined. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

SAM TERNER, for Himself and All Others Similarly Situated, Respondent, v. GLICKSTEIN & TERNER, INC., Appellant.— Order denying defendant's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements, with leave to the appellant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

FRANK TSIRIS, Respondent, v. JOHN ROSS, Appellant.— Action to recover damages for personal injuries alleged to have been sustained in an assault upon plaintiff by defendant. Judgment of the County Court, Nassau County, entered on the verdict of a jury in favor of plaintiff, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.